UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:16-cr-0236-WTL-DML |
| | ) | |
| SCOTT HOWARD, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On September 15, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 7, 2017. Defendant Howard appeared in person with his appointed counsel William Dazey. The government appeared by Michelle Brady, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jason Phillips.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1. The Court advised Defendant Howard of his rights and provided him with a copy of the petition. Defendant Howard orally waived his right to a preliminary hearing.

    2. After being placed under oath, Defendant Howard admitted violations 2 and 3. [Docket No. 7.]

    3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer."** |
| | On July 25, 2017, Scott Howard failed to report as instructed for a required home contact with this officer. This was the same date local law enforcement served a search warrant at his residence. |
| | On July 26, 2017, the offender failed to report for a scheduled office visit. This officer instructed the offender to report on the above date via text message. The offender responded and indicated he would report, but failed to show. The offender has an active warrant in the pending Marion County case and his whereabouts is currently unknown. |
| 3 | **"The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment."** |
| | The offender failed to report his employment with Stemco Brake Products Group located at 2660 Sidney Street, Chattanooga, TN 37408. |

4. Government orally moved to dismiss violation 1 and the same granted.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months' imprisonment.

5. Parties jointly recommended a sentence of thirteen (13) months with no supervised release to follow. Defendant requested placement at a facility other than FCC Terre Haute due to allegations of threats and that his medical records from Henderson County Jail be sent with his Judgment and Commitment Order.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that

his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of thirteen (13) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Court will make a recommendation of placement at a facility other than FCC Terre Haute due to allegations of threats. The Court will order Defendant Howard's medical records from Henderson County Jail be attached to his Judgment and Commitment Order.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated: 09/19/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal