UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cr-236-WTL-DML |
| SCOTT HOWARD, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that Scott Howard's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)( 1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant shall have his conditions of supervised release revoked.

2. The Defendant is sentenced to the custody of the Attorney General or his designee for a period of thirteen (13) months with no supervised release to follow.

3. The Defendant shall be taken into custody immediately.

4. The Court recommends the Defendant be placed at a facility other than FCC Terre Haute.

5. Defendant's medical records from Henderson County Jail shall be attached to his Judgment and Commitment Order.

SO ORDERED this 25th day of September, 2017

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana